

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

# THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**BRANDON WEISMAN**
Labor and Employment Law Division
Phone: (212) 356-2286
Email: bweisman@law.nyc.gov

September 2, 2025

**BY ECF**

Honorable Clay H. Kaminsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re: *Gloria Pollack v. City University of New York, et al.*
          24-CV-07100 (OEM) (CHM)

Dear Magistrate Judge Kaminsky:

      I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action. I write, on behalf of the parties, to inform the Court that the parties have reached a settlement agreement in principle. The parties respectfully request that the Court extend any pending deadlines *sine die* while the parties draft and finalize the settlement agreement.

      I thank the Court for its consideration of this matter.

          Respectfully submitted,

          **[ECF]**      **/S/**
          Brandon Weisman
          Assistant Corporation Counsel

TO:   Arnold Pedowitz, Esq. via ECF